THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Quentin R.
 Jenkins, Appellant.
 
 
 
 
 

Appeal from Charleston County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-147
 Submitted January 4, 2010  Filed February
24, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald
 J. Zelenka, of Columbia, and Solicitor, Ninth Judicial Circuit, Scarlett Anne
 Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Quentin R. Jenkins appeals his conviction for two counts of murder and
 two counts of possession of a firearm during the commission of a violent crime. 
 Jenkins argues the trial court committed reversible error by refusing to
 instruct the jury on accessory after the fact.  Jenkins' counsel attached to
 the brief a petition to be relieved as counsel, stating that he had reviewed
 the record and concluded that the appeal is without legal merit sufficient to
 warrant a new trial.  
After a thorough review of
 the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
HUFF, J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.